IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT PERRY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY GANN, TROY SCHAEFER, and RYAN MURPHY,<br><br>　　　　　　　Defendants. | 4:25CV3253<br><br>ORDER |

　　　　Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. (Filing No. 2). The information contained in Plaintiff's affidavit demonstrates that Plaintiff is eligible to proceed *in forma pauperis*. Accordingly,

　　　　**IT IS ORDERED:**

　　　　1.　Plaintiff's application, (Filing No. 2) is granted, and the complaint shall be filed without payment of fees.

　　　　2.　If Plaintiff is not requesting service by United States Marshal, Plaintiff's attorney of record shall request the requisite summons forms for the defendants to be issued by the Clerk of Court.

　　　　3.　If Plaintiff is requesting service by the United States Marshal, Plaintiff's attorney of record shall, as soon as possible, complete the requisite USM-285 forms and summons forms for the defendants and return them to the Clerk of Court. The Clerk of Court will sign the summons forms, to be forwarded with a copy of Plaintiff's Complaint to the United States Marshal for service of process. The Clerk of Court shall provide a copy the Complaint; Plaintiff's counsel need not do so. The United States Marshal shall serve the summons and the Complaint without payment of costs or fees.

　　　　4.　This order is entered without prejudice to the Court later entering an order taxing costs in this case. No one, including the plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 29th day of December, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge